UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

Tom Hughes, et al.,
    Plaintiff(s),
vs.                        Case No. 2:14-cv-432
                                Judge Edmund A. Sargus
Gulf Interstate Field Services,      Magistrate Judge Elizabeth P. Deavers
    Defendant(s).

# NOTICE

**PROCEEDING:**    **PRELIMINARY PRETRIAL CONFERENCE**
**PLACE:**    **ROOM 208**
                Kinneary U.S. Courthouse
                85 Marconi Blvd.
                Columbus, OH 43215
**DATE/TIME:**    **July 30, 2014 at 11:30 A.M.**
**PLEASE NOTE:**

    1. The report required by Rule 26(f) of the Federal Rules of Civil Procedure must be filed no fewer than seven (7) days prior to the pretrial conference. The required form can be found on the Court's website, www.ohsd.uscourts.gov  Click on "Forms" and then select "Rule 26(f) Report of the Parties (Eastern Division Only)."

    2. The Eastern Division General Order on Pretrial Conference can also be found on the Court's website.

    3.  If all parties agree, the parties may request that the conference be conducted by telephone.  The Court will only conduct the conference by telephone if all parties participate by phone.  If counsel so agree, they shall notify the undersigned.  The parties must initiate the conference call to 614-719-3460.

    4. Parties or principals are welcome, but not required, to attend the conference.

**DATE**: June 23, 2014                        *s/Sherry Nichols*
                                            Sherry Nichols, Courtroom Deputy
                                            Sherry_Nichols@ohsd.uscourts.gov
                                            614-719-3461