# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

**TOM HUGHES,** *et al.*,

    **Plaintiffs,**

    v.

    **Civil Action 2:14-cv-432**
    **Judge Edmund A. Sargus, Jr.**
    **Magistrate Judge Elizabeth P. Deavers**

**GULF INTERSTATE FIELD SERVICES, INC.,**

    **Defendant.**

## ORDER

For good cause shown, the Motion for Admission *Pro Hac Vice* of William Jackson Wisdom, Jr. is **GRANTED**, conditional upon registration for electronic filing with this Court, or seeking leave to be excused from doing so, within fourteen (14) days of date of this Order. (ECF No. 13.)

    **IT IS SO ORDERED**.

Date: June 25, 2014

    /s/ *Elizabeth A. Preston Deavers*
    Elizabeth A. Preston Deavers
    United States Magistrate Judge