# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

**TOM HUGHES,** *et al.***,**

    **Plaintiffs,**

    v.

**GULF INTERSTATE FIELD
SERVICES, INC.,**

    **Defendant.**

                  **Civil Action 2:14-cv-432**
                    **Judge Edmund A. Sargus, Jr.**
                    **Magistrate Judge Elizabeth P. Deavers**

## **ORDER**

For good cause shown, the Motion for Admission *Pro Hac Vice* of Richard J. Burch is **GRANTED**, conditional upon registration for electronic filing with this Court, or seeking leave to be excused from doing so, within fourteen (14) days of date of this Order.  (ECF No. 15.)

    **IT IS SO ORDERED**.

Date:  July 8, 2014                                   /s/ *Elizabeth A. Preston Deavers*
                                                              Elizabeth A. Preston Deavers
                                                              United States Magistrate Judge