IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| TOM HUGHES & DESMOND MCDONALD, on Behalf of Themselves & Others Similarly Situated, | |
| Plaintiffs, | Case No. 2:14cv00432 |
| V. | Judge Sargus |
| GULF INTERSTATE FIELD SERVICES, INC. | Magistrate Judge Deavers |
| Defendant. | |

**ORDER TO ADMIT PRO HAC VICE**

For good cause shown, it is hereby ordered that the Motion to Admit *Pro Hac Vice* of James M. Cleary, Jr. is granted and James M. Cleary, Jr. is admitted *pro hac vice* with respect to representation of Gulf Interstate Field Services, Inc., in the above captioned case.

_____
Magistrate Judge Deavers

1