# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| TOM HUGHES & DESMOND MCDONALD, on Behalf of Themselves and Others Similarly Situated, | CASE NO. 2:14-cv-00432-EAS-EPD |
| *Plaintiffs*, | District Judge Edmund A. Sargus |
| v. | Magistrate Judge Elizabeth Deavers |
| GULF INTERSTATE FIELD SERVICES, INC., | |
| *Defendant*. | **RULE 26(f) REPORT OF PARTIES** |

1. **Pursuant to Fed. R. Civ. P. 26(f), the parties met on July 8, 2014. The meeting was attended by:**

   Richard J. (Rex) Burch, counsel for all Plaintiffs.

   W. Jackson (Jack) Wisdom, counsel for Defendant.

2. **Consent to Magistrate Judge.** The parties:

   ____ unanimously consent to the jurisdiction of the assigned United States Magistrate Judge pursuant to 28 U.S.C. § 636(c).

   _X_ do not unanimously consent to the jurisdiction of the assigned United States Magistrate Judge pursuant to 28 U.S.C. § 636(c).

3. **Initial Disclosures:** The parties:

   ___ have exchanged the initial disclosures required by Rule 26(a)(1);

   _X_ will exchange such disclosures by **July 23, 2014**

   ___ are exempt from such disclosures under Rule 26(a)(1)(E).

   ___ have agreed not to make initial disclosures

4. **Jurisdiction and Venue**

   a. Describe any contested issues relating to: (1) subject matter jurisdiction, (2) personal jurisdiction and/or (3) venue:

      **None.**

   b. Describe the discovery, if any, that will be necessary to the resolution of issues relating to jurisdiction and venue:

      **N/A.**

   c. Recommended date for filing motions addressing jurisdiction and/or venue:

      **N/A.**

5. **Amendments to Pleading and/or Joinder of Parties**

   a. Recommended date for filing motion/stipulation to amend the pleadings or to add additional parties: **August 29, 2014.**

   b. If class action, recommended date for filing motion to certify the class: **November 14, 2014.**

6. **Recommended Discovery Plan**

   a. Describe the subjects on which discovery is to be sought and the nature and extent of discovery that each party will need:

| Subject | Nature | Extent |
| --- | --- | --- |
| Plaintiffs' Job Duties | Merits & Collective/Class Certification | Full discovery |
| Defendant's Pay Practices | Merits & Collective/Class Certification | Full discovery |
| Defendant's Good Faith Defenses | Merits | Full discovery |
| Defendant's Alleged Willfulness | Merits | Full discovery |

   b. What changes should be made, if any, in the limitations on discovery imposed by the Federal Rules of Civil Procedure or the local rules of this Court?

      **None.**

    c.  The case presents the following issues relating to disclosure or discovery of electronically stored information, including the form or forms in which it should be produced:

    **To the extent reasonably practicable, ESI shall be exchanged in a commonly available electronic format (e.g., .pdf, .xml, .doc, etc.).**

    d.  The case presents the following issues relating to claims of privilege or of protection as trial preparation materials:

    **The parties are not aware of any particular issues at this point. The parties will confer if such issues arise.**

        i.  Have the parties agreed on a procedure to assert such claims AFTER production?

    _X_ No

    ___ Yes

    ___ Yes, and the parties ask that the Court include their agreement in an Order

    e.  Identify the discovery, if any, that can be deferred pending settlement discussion and/or resolution of potentially dispositive motions:

    **None.**

    f.  The parties recommend that discovery should proceed in phases, as follows:

    **N/A.**

    g.  Describe the areas in which expert testimony is expected and indicate whether each expert will be specially retained within the meaning of F.R.Civ.P.26(a)(2):

    **Retained experts may be necessary on the issue of damages. To the extent testimony is required on the issue of attorney's fees, this testimony will be provided by participating counsel.**

        i.  Recommended date for making primary expert designations:

    **January 30, 2015**

        ii.  Recommended date for making rebuttal expert designations:

    **March 6, 2015**

    h.  Recommended discovery completion date:
        Plaintiff recommends:  **April 24, 2015**
        Defendant recommends:  **August 28, 2015**

**7. Dispositive Motion(s)**

    a.  Recommended date for filing dispositive motions:
        Plaintiff recommends:  **May 22, 2015**
        Defendant recommends:  **September 25, 2015.**

**8. Settlement Discussions**

    a.  Has a settlement demand been made? **No.**  A response? **No.**

    b.  Date by which a settlement demand can be made: **October 17, 2014**

    c.  Date by which a response can be made:

        Plaintiff proposes:  **October 31, 2014**
        Defendant proposes:  **November 14, 2014**

**9. Settlement Week Referral**

The earliest Settlement Week referral reasonably likely to be productive is the

  ___ March 20____        Settlement Week

  ___ June 20____        Settlement Week

  ___ September 2014        Settlement Week

  <u>X</u>__ December 2014        Settlement Week

**10. Other matters for the attention of the Court:**

**None.**

4

Respectfully submitted,

/s/ Eve M. Ellinger
Eve M. Ellinger (0073742)
Kailee M. Goold (0089740)
KEGLER BROWN HILL + RITTER CO., LPA
65 East State Street, Suite 1800
Columbus, Ohio 43215
Telephone: (614) 462-5400
Facsimile:  (614) 464-2634
E-mail: eellinger@keglerbrown.com
E-mail: kgoold@keglerbrown.com

OF COUNSEL:

W. Jackson Wisdom (*Pro Hac Vice*)
James M. Cleary, Jr. (*Pro Hac Vice*)
MARTIN, DISIERE JEFFERSON & WISDOM, L.L.P.
808 Travis, 20th Floor
Houston, Texas 77002
Telephone:  (713) 632-1700
Facsimile:  (713) 222-0101
E-mail:  wisdom@mdjwlaw.com
E-mail:  cleary@mdjwlaw.com

Counsel for Defendant
Gulf Interstate Field Services, Inc.

/s/ Robert E. DeRose
Robert E. DeRose
BARKAN MEIZLISH HANDELMAN GOODIN DEROSE WENTZ, LLP
250 East Broad Street, 10th Floor
Columbus, Ohio 43215
Telephone: (614) 221-4221
Facsimile:  (614) 744-2300
E-mail:  bderose@barkanmeizlish.com

OF COUNSEL:

Richard J. Burch (*Pro Hac Vice)*
James A. Jones (*Pro Hac Vice)*
BRUCKNER BURCH PLLC
8 Greenway Plaza, Suite 1500
Houston, Texas 77046
Telephone: (713) 877-8788
E-mail:  rburch@brucknerburch.com
E:mail:  jjones@brucknerburch.com

Counsel for Plaintiffs

**CERTIFICATE OF SERVICE**

I hereby certify that on this 23rd day of July, 2014, a copy of the foregoing RULE 26(F) REPORT OF PARTIES was filed and served electronically using the Court's electronic filing system upon the following:

Robert E. DeRose
BARKAN MEIZLISH HANDELMAN GOODIN DEROSE WENTZ, LLP
250 East Broad Street, 10th Floor
Columbus, Ohio 43215

Richard J. Burch (Admitted *Pro Hac Vice*)
James A. Jones (Admitted *Pro Hac Vice*)
BRUCKNER BURCH PLLC
8 Greenway Plaza, Suite 1500
Houston, Texas 77046

/s/ Eve M. Ellinger
Eve M. Ellinger