IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| TOM HUGHES, *et al.*, | : | |
| Plaintiffs, | : | Civil Action 2:14-cv-432 |
| v. | : | Chief Judge Edmund A. Sargus, Jr. |
| GULF INTERSTATE FIELD SERVICES, INC., | : | Magistrate Judge Elizabeth P. Deavers |
| | : | |
| Defendant. | | |

## ORDER

This matter came before the Court for a telephonic status conference on December 2, 2015. Counsel for all parties appeared and participated in the conference.

The parties disagree regarding whether discovery is appropriate as to the more than 70 new opt-in Plaintiffs. Plaintiffs request limited discovery as to the new Plaintiffs so that they may respond appropriately to Defendant's Motion to Decertification. Defendants counter that the discovery the parties have conducted with the original Plaintiffs is sufficient to demonstrate why the class must be decertified such that no additional discovery is necessary. The parties will provide letter briefing to the Court on this issue no later than **DECEMBER 11, 2015**.

The parties next discussed the fact that responses to their dispositive motions are due on December 24, 2015. Plaintiffs in particular request an extension of time to respond. Plaintiffs' oral motion is **GRANTED**. The parties respective responses to the Motions for Decertification (ECF No. 90), for Summary Judgment (ECF No. 91) and to Certify Class (ECF No. 93) are now due by **JANUARY 7, 2016**.

**IT IS SO ORDERED.**


DATE:  December 7, 2015                     /s/  *Elizabeth A. Preston Deavers*
                                                                                   **ELIZABETH A. PRESTON DEAVERS**
                                                                                    **UNITED STATES MAGISTRATE JUDGE**