UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

TOM HUGHES, et al.,

    Plaintiffs,

v.

GULF INTERSTATE FIELD
SERVICES, INC.,

    Defendant.

Case No. 2:14-cv-432
CHIEF JUDGE EDMUND A. SARGUS, JR.
Magistrate Judge Elizabeth Preston Deavers

## ORDER

On December 9, 2015, the Magistrate Judge issued a Report and Recommendation in this case recommending that the Court dismiss the claims of opt-in Plaintiffs Mark Cameron and Herman Liggett with prejudice for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b) (ECF No. 95). The Report and Recommendation advised the parties that failure to object within fourteen days would result in a waiver of review. The time period for objections has run and no party has objected to the Report and Recommendation. Accordingly, the Report and Recommendation is **ADOPTED**. The claims of opt-in Plaintiffs Mark Cameron and Herman Liggett are hereby **DISMISSED with prejudice.**

    **IT IS SO ORDERED.**

1-14-2016
DATE

EDMUND A. SARGUS, JR.
UNITED STATES DISTRICT CHIEF JUDGE