# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

**TOM HUGHES & DESMOND MCDONALD, on Behalf of Themselves and Others Similarly Situated,**

    Plaintiffs,

v.

**GULF INTERSTATE FIELD SERVICES, INC.,**

    Defendant.

Case No. 2:14-cv-000432

**CHIEF JUDGE EDMUND A. SARGUS, JR.**
Magistrate Judge Elizabeth Preston Deavers

## OPINION AND ORDER

This matter is before the Court on the Parties' Joint Motion to Stay Case, in which they request a ninety (90) day stay to explore settlement in conjunction with other cases currently pending against Defendant. (ECF No. 144.) The Parties' Joint Motion is hereby **GRANTED**. The parties shall file a brief Status Report every thirty (30) days to inform the Court of the status of the settlement negotiations. If settlement is not achieved, the parties shall file a request to reopen the case in ninety (90) days from the date of this decision.

**IT IS SO ORDERED.**

3-7-2018
DATE

EDMUND A. SARGUS, JR.
CHIEF UNITED STATES DISTRICT JUDGE