# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

TOM HUGHES & DESMOND
MCDONALD, on Behalf of Themselves
and Others Similarly Situated,

        Plaintiffs,

v.

GULF INTERSTATE FIELD
SERVICES, INC.,

        Defendant.

Case No. 2:14-cv-000432

**CHIEF JUDGE EDMUND A. SARGUS, JR.**
Magistrate Judge Elizabeth Preston Deavers

## OPINION AND ORDER

On March 7, 2018, this Court granted the Parties' Joint Motion to Stay Case, in which they request a ninety (90) day stay to explore settlement in conjunction with other cases currently pending against Defendant. (ECF No. 145.) In that Order, the Court directed the parties to file a brief Status Report every thirty (30) days to inform the Court of the status of the settlement negotiations, and indicated that if the settlement was not achieved, the parties were required to file a request to reopen the case in ninety (90) days from the date of that decision, or June 5, 2018.

In the Status Report filed on June 5, 2018, the parties indicated the following:

1. The parties have reached an agreement to settle this case, *Stapleman v. Gulf Interstate Field Services, Inc.*, No. 2:17-cv-1270 (D. Ariz.), *Sloane v. Gulf Interstate Field Services, Inc.*, No. 4:16-cv-1571 (M.D. Pa.), and *Hinkle et al. v. Gulf Interstate Field Services, Inc.*, No. 1:17-cv-74 (N.D. W.Va.).

2. The parties are working to draft motions to transfer venue of the above-referenced cases to this Court for purposes of settlement. The parties anticipate filing these motions within 10 days.

3. The parties are working to draft a motion to approve the settlement. The parties anticipate filing this motion within 30 days.

4. The parties respectfully request that the stay in this case continue for 30 days, to conserve the resources of the Courts and of the parties.

(ECF No. 148.)

Subsequently, the cases listed in that report have been related to the instant action. However, no settlement agreement has been submitted for approval. The parties are **DIRECTED** to file a status report within the next fourteen (14) days.

**IT IS SO ORDERED.**

10-31-2018
DATE

EDMUND A. SARGUS, JR.
CHIEF UNITED STATES DISTRICT JUDGE